**DISMISS and Opinion Filed April 11, 2023**



In The

**Court of Appeals**
**Fifth District of Texas at Dallas**

## No. 05-23-00107-CV

## ESTATE OF DOLORES R. BURDINE

**On Appeal from the Probate Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. PR-18-01291-1**

## MEMORANDUM OPINION

Before Chief Justice Burns, Justice Molberg, and Justice Pedersen, III
Opinion by Chief Justice Burns

Stating she no longer wishes to pursue the appeal, appellant has filed a notice

of nonsuit and motion to dismiss. *See* TEX. R. APP. P. 42.1(a)(1). We grant the

motion and dismiss the appeal. *See id.*

/Robert D. Burns, III/
ROBERT D. BURNS, III
CHIEF JUSTICE

230107F.P05



## Court of Appeals
## Fifth District of Texas at Dallas
## JUDGMENT

ESTATE OF DOLORES R. BURDINE

No. 05-23-00107-CV

On Appeal from the Probate Court No. 1, Dallas County, Texas
Trial Court Cause No. PR-18-01291-1.
Opinion delivered by Chief Justice Burns, Justices Molberg and Pedersen, III participating.

In accordance with this Court's opinion of this date, we **DISMISS** the appeal.

We **ORDER** that appellees Ronald W. Salmon, Walter Bill Joe Vandever, and Sherry J. Burdine recover their costs, if any, of this appeal from appellant Patricia J. Petrie.

Judgment entered April 11, 2023